**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Alonzo Johnson,**

    **Plaintiff,**

    v.                                         Case No. 2:20–cv–3192

**Chief Inspector Central Office,** *et al.,*     Judge Michael H. Watson

    **Defendants.**                        Chief Magistrate Judge Deavers

## OPINION AND ORDER

Alonzo Johnson ("Plaintiff") filed this action on June 24, 2020, and moved to proceed *in forma pauperis*. Mot., ECF No. 1. The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion to proceed *in forma pauperis* because he has "three strikes" under 28 U.S.C. § 1915(g) and does not qualify for the imminent danger exception. R&R, ECF No. 3.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 16. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. ECF No. 3. Plaintiff is **ORDERED** to pay the entire $400 filing fee within **THIRTY DAYS** of

this Order.  Plaintiff is warned that his **failure to pay the full fee within thirty days will result in dismissal of this action**.  See *In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).  Finally, the Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the R&R, any appeal of this Order adopting the R&R would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*.

    **IT IS SO ORDERED.**

    */s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**